**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
APR 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-023L**

**R.P. IANNUCCILLO & SONS**

STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated that Plaintiff hereby voluntarily dismisses the above-captioned matter, with prejudice, no interests and no costs.

Plaintiff,

By their Attorneys,

*COIA & LEPORE*

Enter:
Ronald R. Lagueux
Sr. USDJ 4/8/05

Peter J. Comerford (#3588)
226 South Main Street
Providence, RI 02903
(401) 751-5522

FILED

Dated: March 30, 2005

4